# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TAMMY S. McDANIEL, ) <br> ) <br> Plaintiff, ) <br> ) <br> -vs- ) <br> ) <br> CAROLYN W. COLVIN, Acting ) <br> Commissioner of the Social Security ) <br> Administration, ) <br> ) <br> Defendant. ) | Case No. CIV-12-730-F |

## ORDER

On May 16, 2013, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation, recommending this court affirm defendant's final decision denying plaintiff's applications for disability insurance and supplemental security income benefits.

Presently before the court is plaintiff's timely written objection to the Report and Recommendation. In accordance with 28 U.S.C. § 636(b)(1), the court has conducted a *de novo* review of the matter. Having done so, the court rejects plaintiff's arguments and concurs in the analysis and recommendation of Magistrate Judge Purcell. The court therefore accepts, adopts and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of United States Magistrate Judge Gary M. Purcell issued on May 16, 2013 (doc. no. 23) is **ACCEPTED**, **ADOPTED** and **AFFIRMED**. The final decision of defendant, Carolyn W. Colvin,

Acting Commissioner of the Social Security Administration, denying plaintiff, Tammy S. McDaniel's applications for disability insurance and supplemental security income benefits is **AFFIRMED**. Judgment shall issue forthwith.

**IT IS SO ORDERED** this 17th day of June, 2013.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

12-0730p002.wpd